# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> J&L D SUNSET WHOLESALE & TOBACCO, a.k.a. SUNSET WHOLESALE & TOBACCO, INC., d.b.a. SUNSET WHOLESALE; JERIES DABABNEH; NIDAL DABABNEH; and JOHN DOES #1 thru #99, inclusive, <br><br> Defendants. | Case No. ED CV14-01947-DMG(SPx) <br><br> **PRELIMINARY INJUNCTION** |

    This matter came before the Court upon Plaintiffs North Atlantic Operating Company, Inc. and National Tobacco Company, LP's ("North Atlantic") motions for (1) confirmation of a seizure and extension of time to make the seizure and (2) a preliminary injunction. [Doc. ## 3, 39, 52.] By Order dated October 30, 2014, the Court granted Plaintiff's Motion for a Preliminary Injunction.

    Accordingly, IT IS HEREBY ORDERED as follows:

Any Defendants, their respective officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, who receive actual notice of this Order by personal service, are hereby enjoined and restrained pending the final hearing and determination of this action from, directly or indirectly, anywhere in the world:

1. Importing, manufacturing, distributing, advertising, promoting, making, purchasing, offering for sale, or selling any counterfeit or infringing ZIG-ZAG® brand cigarette paper products, including but not limited to ZIG-ZAG® 1 ¼ Size French Orange ("ZIG-ZAG® Orange") and ZIG-ZAG® White Single Wide ("ZIG-ZAG® White"), or any cigarette paper products bearing (i) infringing or counterfeit versions of the ZIG-ZAG® trademarks and design mark depicting the bearded man (the "ZIG-ZAG® Trademarks"), the NORTH ATLANTIC OPERATING COMPANY, INC. trademarks and the design mark depicting the gear design (the "NAOC® Trademarks"), and/or the NAOC and design graphic entitled "North Atlantic Operating Company, Inc." (the "NAOC© Copyright"), as set forth in North Atlantic's Complaint in the above-captioned action, which appear alone or in combination on all cartons and booklets of ZIG-ZAG® Orange and ZIG-ZAG® White cigarette paper products distributed by North Atlantic in the United States; and/or (ii) the false statement that such products are "Distributed by North Atlantic Operating Company, Inc.", or otherwise under the control or supervision of North Atlantic, when they are not;

2. Selling or passing off, or inducing or enabling others to sell or pass off, any purported North Atlantic products that are not actually produced, imported, or distributed under the control or supervision of North Atlantic and/or approved for sale in the United States by North Atlantic, in connection with the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright;

3. Committing any acts calculated to cause purchasers to believe that counterfeit or infringing ZIG-ZAG® cigarette paper products, including ZIG-ZAG® Orange and ZIG-ZAG® White, originate with North Atlantic, when they do not;

4. In any way infringing or damaging the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright;

5. Importing, shipping, delivering, distributing, returning, or otherwise disposing of, in any manner, products, packaging, or inventory not authorized by North Atlantic to be sold or offered for sale in the United States, but bearing counterfeit versions of the ZIG-ZAG® and NAOC® Trademarks, or the NAOC© Copyright, or the false statement that such products are "Distributed by North Atlantic Operating Company, Inc.";

6. Attempting, causing, or assisting any of the above-described acts, including but not limited to enabling others in the above-described acts, or passing on information to others to allow them to do so;

7. Destroying, altering, deleting, or otherwise disposing of any documents, records, or electronically stored information concerning the import, manufacture, distribution, advertisement, promotion, making, purchase, offer to sell, or sale of any product that has been or is intended to be sold in packaging containing the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright; and/or

8. Forming or causing to be formed any corporation or other entity that engages in any of the above-described acts.

.

**IT IS SO ORDERED.**

DATED: October 30, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE