JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

### EASTERN DIVISION

10

| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P. | Case No.: ED CV 14-1947-DMG (SPx) |
|---|---|

11
12

Plaintiff,

**PERMANENT INJUNCTION [95]**

13

v.

14

J&L D SUNSET WHOLESALE & TOBACCO, a.k.a SUNSET WHOLESALE & TOBACCO, INC., d.b.a. SUNSET WHOLESALE; JERIES DABABNEH; NIDAL DABABNEH; and JOHN DOES #1 thru #99, inclusive,

15
16
17
18

Defendant.

19
20
21
22
23
24
25
26
27
28

1    The Court, having considered the Joint Stipulation for Entry of Permanent

2    Injunction as to Defendants J&L D Sunset Wholesale & Tobacco, a.k.a. Sunset

3    Wholesale & Tobacco, Inc., d.b.a. Sunset Wholesale; Jeries Dababneh; and Nidal

4    Dababneh ("Defendants"), entered into by and between Defendants and Plaintiffs

5    North Atlantic Operating Company, Inc. ("NAOC") and National Tobacco

6    Company, L.P. ("NTC") (together, "North Atlantic" or "Plaintiffs"), and for good

7    cause appearing, **IT IS HEREBY ORDERED THAT**:

8        Pursuant to Fed. R. Civ. P. 65 and the Lanham Act, 15 U.S.C. § 1501 *et seq.*,

9    Defendants, and any of their affiliates, officers, agents, servants, attorneys,

10   employees, or other representatives, and all other persons or entities in active

11   concert or participation with them, who receive actual notice of this order by

12   personal service or otherwise, are hereby permanently enjoined and restrained

13   from, directly or indirectly, anywhere in the world ("Permanent Injunction"):

14       a) Importing, manufacturing, distributing, advertising, promoting, making,

15          purchasing, offering for sale, or selling any counterfeit or infringing ZIG-

16          ZAG® brand cigarette paper products, including but not limited to ZIG-

17          ZAG® 1 ¼ Size French Orange ("ZIG-ZAG® Orange") and ZIG-ZAG®

18          White Single Wide ("ZIG-ZAG® White"), or any cigarette paper products

19          bearing (i) infringing or counterfeit versions of the ZIG-ZAG® trademarks

20          and design mark depicting the bearded man (the "ZIG-ZAG® Trademarks"),

21          the NORTH ATLANTIC OPERATING COMPANY, INC. trademarks and

22          the design mark depicting the gear design (the "NAOC® Trademarks"),

23          and/or the NAOC and design graphic entitled "North Atlantic Operating

24          Company, Inc." (the "NAOC© Copyright"), as set forth in North Atlantic's

25          Complaint in the above-captioned action, which appear alone or in

26          combination on all cartons and booklets of ZIG-ZAG® Orange and ZIG-

27          ZAG® White cigarette paper products distributed by North Atlantic in the

28          United States; and/or (ii) the false statement that such products are

1      "Distributed by North Atlantic Operating Company, Inc.", or otherwise

2      under the control or supervision of North Atlantic, when they are not;

3   b) Selling, passing off, inducing or enabling others to sell or pass off any

4      purported North Atlantic products, including without limitation ZIG-ZAG®

5      Orange or ZIG-ZAG® White, that are not actually produced, imported, or

6      distributed under the control or supervision of North Atlantic and/or

7      approved for sale in the United States by North Atlantic, in connection with

8      the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright;

9   c) Committing any acts calculated to cause purchasers to believe that

10     counterfeit or infringing ZIG-ZAG® cigarette paper products, including

11     ZIG-ZAG® Orange and ZIG-ZAG® White, originate with North Atlantic,

12     when they do not;

13  d) In any way infringing or damaging the ZIG-ZAG® Trademarks or the

14     NAOC® Trademarks, or the NAOC© Copyright;

15  e) Importing, shipping, delivering, distributing, returning, or otherwise

16     disposing of, in any manner, products, packaging, or inventory not

17     authorized by North Atlantic to be sold or offered for sale in the United

18     States, but bearing counterfeit versions of the ZIG-ZAG® and NAOC®

19     Trademarks, or the NAOC© Copyright, or the false statement that such

20     products are "Distributed by North Atlantic Operating Company, Inc.";

21  f) Attempting, causing, or assisting any of the above-described acts, including

22     but not limited to enabling others in the above-described acts, or passing on

23     information to others to allow them to do so;

24  g) Destroying, altering, deleting, or otherwise disposing of any documents,

25     records, or electronically stored information concerning the import,

26     manufacture, distribution, advertising, promotion, making, purchase, offer to

27     sell, or sale of any product that has been or is intended to be sold in

28

2

1    packaging containing the ZIG-ZAG® or NAOC® Trademarks, or any word,

2    mark, or symbol similar thereto, or the NAOC© Copyright; and/or

3   h) Forming or causing to be formed any corporation or other entity that

4    engages in any of the above-described acts.

5    **IT IS SO ORDERED.**

6

7 DATED:  October 30, 2015                

8                DOLLY M. GEE

              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PERMANENT INJUNCTION